IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS

**REDWOOD FIRE AND CASUALTY
INSURANCE COMPANY as subrogee of
RED STAR TRANSPORTATION, INC.**

v.                                                              Civil Action No. 2:26-CV-32

**FANTON LOGISTICS, INC., FANTON
LEASING, INC. and OLEKSANDR
KOTOK**
    **Defendants.**

### CERTIFICATE OF INTERESTED PERSONS/DISCLOSURE STATEMENT
(This form also satisfies Fed. R. Civ. P. 7.1)

Pursuant to Fed. R. Civ. P. 7.1 and LR 3.1(c), LR 3.2(e), LR 7.4, LR 81.1(a)(4)(D), and LR 81.2,

**FANTON LEASING, INC.**

provides the following information:

For a nongovernmental corporate party, the name(s) of its parent corporation and any publicly held corporation that owns 10% or more of its stock (if none, state "None"):

None.

A complete list of all persons, associations of persons, firms, partnerships, corporations, guarantors, insurers, affiliates, parent or subsidiary corporations, or other legal entities that are financially interested in the outcome of the case:

    Cherokee Insurance Company
    P.O. Box 159
    Warren, MI 48090

    Crum & Forster
    PO Box 14420
    Lexington, KY 40512

Date: March 12, 2026
Signature: *[signature]*
Print Name: Michael B. McKinney
Bar Number: 13722000
Address: 24 Smith Rd. Ste 505
City, State, Zip: Midland, TX 79707
Telephone: (432) 684-0000
Fax: (432) 684-0026
E-Mail: mbmckinney@mckinneytighe.com